**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **DEMETRIUS NASH** <br> **D.O.C. #536196** | **CASE NO. 2:17-CV-00246** <br> **SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **NATHAN BURL CAIN, II** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 32] of the Magistrate Judge previously filed herein and determining the findings are correct under the applicable law, and having addressed Petitioner's objections to the Report and Recommendation and finding them to be without merit,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

Signed at Lafayette, Louisiana, this 25th day of March, 2019.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**